# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JULY 11, 2019

## NO. 03-18-00754-CV

**Smith Robertson, L.L.P.; and Alton Lee Rigby, Jr., Appellants**

**v.**

**Paul Jason Hamlin and Tara Natalie Bertalan Hamlin, Appellee**

### APPEAL FROM THE 26TH DISTRICT COURT OF WILLIAMSON COUNTY
### BEFORE JUSTICES GOODWIN, BAKER, AND TRIANA
### REVERSED AND REMANDED -- OPINION BY JUSTICE TRIANA

This is an interlocutory appeal from the denial by operation of law of Appellant's Motion to Dismiss Under the Texas Citizens Participation Act on October 20, 2018. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the court's judgment. Therefore, the Court reverses the trial court's judgment and remands the case to the trial court for further proceedings consistent with the Court's opinion.

Appellee shall pay all costs relating to this appeal, both in this Court and in the court below.